TRAUBER, Appellant, v. THIRD AVE. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by George T. Trauber against the Third Avenue Railroad Company. S. F. Kneeland, for appellant. C. F. Brown, for respondent. No opinion. Judgment affirmed, with costs.

TUELL, Respondent, v. PAINE, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Joseph B. C. Tuell against John O. Paine. G. R. Bristor, for appellant. H. W. Hardon, for respondent.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

PATTERSON and McLAUGHLIN, JJ., dissent.

TURTURIELLO, Respondent. v. COLUMBIA STORAGE WAREHOUSES, Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Alesandro Turturiello against the Columbia Storage Warehouses. E. L. Richards, Jr., for appellant. L. Ehrenberg, for respondent. No opinion. Judgment and order affirmed, with costs.

TWELFTH WARD BANK OF CITY OF NEW YORK v. SPIERS et al. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by the Twelfth Ward Bank of the City of New York against Joseph Spiers and others. No opinion. Motion denied, upon payment of $10 costs of motion and $10 costs of term.

TYLER, Respondent, v. UTICA DAILY PRESS CO., appellant. (Supreme Court, Appellate Division, Fourth Department. December 9, 1903.) Action by William H. Tyler against the Utica Daily Press Company. No opinion. Judgment and order affirmed, with costs.

ULANOFF, Appellant, v. COHEN, Respondent. (Supreme Court, Appellate Division, First Department. January 8, 1904.) Action by Harris Ulanoff against Barned Cohen. J. H. Hazelton, for appellant. A. C. Cass, for respondent. No opinion. Judgment affirmed, with costs.

VAN DE CARR et al. v. CROUCH. (Supreme Court, Appellate Division, Fourth Department. January 19, 1904.) Action by Sarah L. Van De Carr and others against Frank P. Crouch. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant within 20 days prepares, files, and serves printed papers upon appeal, and pays $10 costs of motion, in which event the motion is denied.

VAN WICKLE, Respondent, v. WEAVER COAL & COKE CO., appellant. (Supreme Court, Appellate Division, First Department. December 24, 1903.) Action by Daniel E. Van Wickle against the Weaver Coal & Coke Company. J. A. Arnold, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. See 85 N. Y. Supp. 82.

VAN ZELM, Respondent, v. NEW YORK, N. H. & H. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1903.) Action by Elizabeth Van Zelm, by Henri J. Van Zelm, her guardian, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment of the County Court of Westchester county unanimously affirmed, with costs.

VERAECIO, Respondent, v. MARCOLO, Appellant. (Supreme Court, Appellate Term. November 30, 1903.) Action by Giustino Veraecio against Angelo Marcolo. From a judgment for plaintiff, defendant appeals. Reversed. S. J. Gruenberg, for appellant. Bloch & H., for respondent.

PER CURIAM. The claim in suit appears to have been for one week's wages at the agreed rate of $14, and it is indicated by the defendant's testimony that the employment was abandoned by the plaintiff after two days of the particular week had elapsed. If this testimony be disregarded, because given by a party in interest, the case is barren of evidence of any performance by the plaintiff for the period for which he sues. He testified that he worked for "six or seven weeks," and the judgment rests upon nothing beyond his conclusion of an indebtedness in answer to the court's question: "How much does he owe you now?" The affirmance of such a judgment would involve something more than a mere disregard of technicalities, for substantial justice is not satisfied by a liability imposed upon a claim based on nothing possessing the quality of evidence. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

VILLAGE OF BOLIVAR, Appellant, v. PITTSBURG, S. & N. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 12, 1904.) Action by the village of Bolivar against the Pittsburg, Shawmut & Northern Railroad Company and another. No opinion. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted; the form of the order and questions to be certified to be settled by and before Mr. Justice WILLIAMS, on two days' notice.

VILLAGE OF ST. JOHNSVILLE, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 6, 1904.) Action by the village of St. Johnsville against Daniel Smith and others. No opinion. Final order and interlocutory judgment unanimously affirmed, with costs.